**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA       :
                                       :
v.                                   :        Case No. 3:02 CR 69 (CFD)
                                       :
ARTHUR PUGH, JR.              :

**<u>ORDER</u>**

Defendant Arthur Pugh, Jr. was sentenced by this Court on February 26, 2004 to a term of imprisonment of 360 months on Count One of the indictment and 60 months on Count three of the indictment to be served consecutively, for a total of 35 years, and 5 years of supervised release on each count to run concurrently, for possession with intent to distribute cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(iii).  Pugh proceeded to appeal his sentence.  On March 30, 2006, the Second Circuit remanded Pugh's appeal, and directed the Court to determine whether Pugh should be resentenced in light of the recent decisions in <u>United States v. Booker</u>, 543 U.S. 220 (2005), and <u>United States v. Crosby</u>, 397 F.3d 103 (2d Cir. 2005).

In order properly to evaluate whether resentencing is warranted in this case, it is

**ORDERED** that the parties submit briefs regarding whether the Court should have imposed a nontrivially different sentence if it had understood sentencing law as explained by the Supreme Court in <u>Booker</u>.  The defendant may also decline to be resentenced; such an election should be made clear in his written submission.  The defendant's brief should be submitted no later than

1

**5:00 p.m.** on **July 14, 2006**.  The Government will then have ten (10) days from the date of the

defendant's submission in which to file its reply brief.

      SO ORDERED this __13th__ day of June 2006, at Hartford, Connecticut.


                  ____/s/ CFD_____

                  **CHRISTOPHER F. DRONEY**

                  **UNITED STATES DISTRICT JUDGE**