UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                NO. 3:02cr00069 (CFD)

VS.

ARTHUR PUGH                             DECEMBER 19, 2006

## APPEARANCE

TO THE CLERK OF THE COURT

Please enter my appearance on behalf of the following defendant:

**ARTHUR PUGH**

THE DEFENDANT

BY _____

JONATHAN J. EINHORN, ESQ.
412 ORANGE STREET
NEW HAVEN, CT 06511
TEL NO. (203) 777-3777
CT BAR 00163

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid this 19th of December, 2006 to: Michael J. Gustafson, Esq., Raymond F. Miller, Esq., Assistant U.S. Attorneys, 157 Church Street, New Haven, Connecticut and Ronald Apter, Esq., Assistant U.S. Attorney, 450 Main Street, Hartford, Connecticut 06103

_____

JONATHAN J. EINHORN