U.S. Department of Justice

United States Attorney
District of Connecticut

Connecticut Financial Center
157 Church Street
New Haven, Connecticut 06510

(203) 821-3700
Fax (203) 821-3829
www.usdoj.gov/usao/ct

February 20, 2007

The Hon. Christopher F. Droney
United States District Judge
450 Main Street
Hartford, CT 06103

Re:   **United States v. Arthur Pugh**
      **Case Number 3:02cr69(CFD)**

Dear Judge Droney:

On February 16, 2007, the Court ordered counsel to submit a status report no later than February 28, 2007. The government submits this letter in compliance with that order.

After being convicted at trial, the defendant was sentenced on February 26, 2004. He appealed in a timely manner. The Second Circuit Court of Appeals affirmed the jury's verdict and remanded the case to the district court for proceedings in conformity with United States v. Crosby.

On April 26, 2006, the government filed a motion requesting that the district court conduct proceedings consistent with Crosby. On June 13, 2006, this Court ordered the defendant to submit a brief within 30 days and the government to respond ten days thereafter. No brief was filed. Attorney Jon Einhorn entered his appearance on December 20, 2006.

Based on this history, the government believes that Attorney Einhorn will file a Crosby brief in the near future. Upon receipt of the Court's order of February 16, 2007, the government contacted Attorney Einhorn, who indicated he would independently apprise the Court of the status of this case.

Please do not hesitate to have someone from your chambers contact me if you require additional information.

Very truly yours,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

RAYMOND F. MILLER
ASSISTANT UNITED STATES ATTORNEY

cc: Jon Einhorn, Esq

The Clerk is ordered to docket this letter. So ordered.

Christopher F. Droney
United States District Judge
2/21/07