# JONATHAN J. EINHORN

Attorney and Counselor At Law
412 ORANGE STREET
NEW HAVEN, CONNECTICUT 06511
Telephone (203) 777-3777
Facsimile (203) 782-1721

Gina R. Sack
Paralegal

Gail A. Berg
Paralegal

February 26, 2007

The Honorable Christopher F. Droney
United States District Judge
450 Main Street
Hartford, CT 06103

**Re:    United States v. Arthur Pugh**
         Case Number: 3:02cr69(CFD)

Dear Judge Droney:

On February 16, 2007, the Court ordered counsel to submit a status report no later than February 28, 2007.  I was appointed to represent Mr. Pugh in this matter on December 20, 2006.  The defendant submits this letter in compliance with that order.

I have received certain trial materials from Attorney Richard Cramer last Friday afternoon, February 23, 2007, and spoke with him about the case.  He indicates that an appeal was taken on Mr. Pugh's behalf by Attorney Julia Heit of New York City.

In preparation for a Crosby remand, he has requested a return of the presentence report, sentencing memoranda, and the sentencing transcript from her several times in the past.  These materials were provided to her along with other trial materials by Mr. Cramer in preparation for the appeal.  She has refused to return these materials, or to correspond with him.

I can obtain the presentence report and the sentencing transcript from Asst. U. S. Attorney Raymond Miller if you would authorize him to release these materials to me.  I will then be able to file a Crosby remand promptly thereafter.

I would like to file the same but need these materials in order to do so.

Sincerely yours,

Jonathan J. Einhorn

cc:    U.S. Attorney Raymond Miller