UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | 3-02-cr-69 (CFD) |
| v. | : | |
| ARTHUR PUGH | : | MARCH 6, 2007 |

**ORDER**

The court hereby authorizes Assistant U.S. Attorney Raymond Miller to produce copies of the Presentence Report, Sentencing Memoranda and Sentencing transcript relating to Mr. Pugh in the above-captioned case, and to make them available to Attorney Jonathan Einhorn for his review on or before **APRIL 1, 2007**.

**SO ORDERED.**

Dated at Hartford, Connecticut this 6th day of March, 2007.

/s/ Christopher F. Droney
Christopher F. Droney
United States District Judge