U.S. Department of Justice

United States Attorney
District of Connecticut

Connecticut Financial Center
157 Church Street
New Haven, Connecticut 06510

(203) 821-3700
Fax (203) 821-3829
www.usdoj.gov/usao/ct

June 18, 2008

The Hon. Christopher F. Droney
United States District Judge
450 Main Street
Hartford, CT 06103

Re:   **United States v. Arthur Pugh**
      **Case Number 3:02cr69(CFD)**

Dear Judge Droney:

On June 17, 2008, the Court ordered counsel to submit a status report no later than June 30, 2008. The government submits this letter in compliance with that order.

After being convicted at trial, the defendant was sentenced on February 26, 2004. He appealed in a timely manner. The Second Circuit Court of Appeals affirmed the jury's verdict and remanded the case to the district court for proceedings in conformity with United States v. Crosby.

On April 26, 2006, the government filed a motion requesting that the district court conduct proceedings consistent with Crosby. On June 13, 2006, this Court ordered the defendant to submit a brief within 30 days and the government to respond ten days thereafter. No brief was filed. Attorney Jon Einhorn entered his appearance on December 20, 2006.

On March 7, 2007, the Court granted the government permission to provide the defendant with certain documents related to this case that he had been unable to secure from prior counsel. The government provided those materials to Attorney Einhorn shortly thereafter.

On June 18, 2008, after receiving the Court's latest order, the government contacted Attorney Einhorn, who indicated that he had received the materials and would shortly file a brief in this case. Attorney Einhorn indicated that he would seek relief both under Crosby and 18 U.S.C. §3582 in light of the recent changes to the cocaine base guidelines. The government stands ready to respond once the brief is filed. Please do not hesitate to have someone from your chambers contact me if you require additional information.

Very truly yours,

NORA R. DANNEHY
ACTING UNITED STATES ATTORNEY

RAYMOND F. MILLER
ASSISTANT UNITED STATES ATTORNEY

cc: Jon Einhorn, Esq.

The Clerk is ordered to docket this letter. So ordered.

/s/ Christopher F. Droney
Christopher F. Droney
United States District Judge
7/1/08